# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Michal Fus
                Plaintiff,

v.
                Case No.: 1:19–cv–06601
                Honorable Andrea R. Wood

CafePress, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 30, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: For the reasons stated in the accompanying Memorandum Opinion and Order, Defendant's motion to dismiss [17] is granted and Plaintiff's motion to strike the declarations submitted by Defendant in support of its motion to dismiss [31] is denied. This case is dismissed without prejudice for lack of subject−matter jurisdiction. Consequently, Defendant's motion to compel arbitration [45] is denied as moot. All other pending motions and hearing dates are stricken. The Clerk is directed to enter judgment in favor of Defendant. Civil case terminated. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.